UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

    v.                                                       Case No. 24-cv-395-SE-AJ

Brian Masker, et al

## ORDER

After due consideration of the objection filed (Doc. No. 4), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 10, 2024. For the reasons explained therein, this case dismissed for lack of subject matter jurisdiction.

The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: January 22, 2025


cc: Naseef Bryan, Jr., pro se